EILEEN R. RIDLEY, Bar No. 151735
eridley@foley.com
**FOLEY & LARDNER LLP**
ONE MARKET PLAZA
55 SPEAR STREET TOWER, SUITE 1900
SAN FRANCISCO, CA 94105
TELEPHONE: 415.434.4484

ANUM AMIN, Bar No. 319662
aamin@foley.com
**FOLEY & LARDNER LLP**
555 FLOWER STREET, SUITE 3300
LOS ANGELES, CA 90071
TELEPHONE: 858.847.6700

PETER Z. STOCKBURGER, Bar No. 265750
peter.stockburger@foley.com
SAMANTHA FAKHIMI, Bar No. 363961
Samantha.fakhimi@foley.com
**FOLEY & LARDNER LLP**
11988 EL CAMINO REAL, SUITE 400
SAN DIEGO, CA 92130
TELEPHONE: 858.847.6700
FACSIMILE: 858.792.6773

Attorneys for Defendant
FENDER MUSICAL INSTRUMENTS CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KAREN EWART and BIANCA JOHNSTON, on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

FENDER MUSICAL INSTRUMENTS CORP., a Delaware corporation with its principal place of business in Los Angeles, California,

Defendant.

Case No. 5:26-cv-05460-EKL

**DEFENDANT FENDER MUSICAL INSTRUMENTS CORPORATION'S NOTICE OF MOTION TO DISMISS PLAINTIFFS' COMPLAINT**

*(Filed concurrently with MPAs ISO Mtn to Dismiss; Decl of Traweek; Decl of Ridley; Request for Judicial Notice; [Proposed] Order Re RJN; [Proposed] Order re MTD)*

Date: December 2, 2026
Time: 10:00 a.m.
Dept.: 7

Judge: Hon. Eumi Lee

**NOTICE OF MOTION AND MOTION**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on **December 2, 2026**, at **10:00 a.m.**, or as soon thereafter as the matter may be heard, in Courtroom 7 of the United States District Court for the Northern District of California, located at the Robert F. Peckham Federal Bldg, 280 South 1st Street, Fourth Floor, San Jose, CA 95113, Defendant Fender Musical Instruments Corporation ("Fender") will and hereby does move under Federal Rule of Civil Procedure 12(b)(6) for an order dismissing the Class Action Complaint filed by Plaintiffs Karen Ewart and Bianca Johnston ("Plaintiffs") (the "Complaint").

Fender seeks dismissal of the Complaint in its entirety on the following grounds:

1. Plaintiffs' claims under the California Invasion of Privacy Act ("CIPA"), California Penal Code sections 631(a) and 638.51, are barred by the one-year statute of limitations. Plaintiff Johnston alleges visits to Fender's website more than one year before this action was filed; Plaintiff Ewart does not allege any timely website visit; and Plaintiffs do not adequately plead delayed discovery or tolling.

2. Plaintiffs' Third Cause of Action under CIPA section 631(a) fails because the Complaint does not plausibly allege that any third party intercepted the contents of either Plaintiff's communication while in transit. Plaintiffs also do not plausibly allege a predicate CIPA violation or facts establishing Fender's knowledge and purpose to support aider-and-abettor liability.

3. Plaintiffs' Fourth Cause of Action under CIPA section 638.51 fails because the Complaint does not plausibly allege that Fender installed or used a qualifying pen register or trap-and-trace device. The alleged website technologies do not fit the statutory definition, Plaintiffs' own content allegations are incompatible with their pen-register theory, and Plaintiffs do not allege a qualifying device or process as to either Plaintiff.

4. Plaintiffs' First Cause of Action for invasion of privacy and Second Cause of Action for intrusion upon seclusion fail because Plaintiffs do not plausibly allege a reasonable expectation of privacy or a highly offensive intrusion arising from alleged collection of routine, non-sensitive

retail-browsing information, and Plaintiffs inappropriate rely on the California Consumer Privacy Act ("CCPA") to support their claim.

5. Plaintiffs' Fifth Cause of Action for common-law fraud, deceit, and/or misrepresentation fails because the Complaint does not include sufficient particularity to satisfy the requirements under Rule 9(b) and does not plausibly allege an actionable misrepresentation, falsity, scienter, justifiable reliance, or cognizable damages. Plaintiffs also inappropriately rely on the CCPA to support their claim.

6. Plaintiffs' Sixth Cause of Action for unjust enrichment fails because Plaintiffs do not allege that Fender received and unjustly retained a cognizable benefit at their expense. The claim is also duplicative of Plaintiffs' other claims and does not plead the inadequacy of legal remedies necessary to support equitable restitution or disgorgement.

This Motion is made following the conference of counsel required by the applicable rules. This Motion is based on this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities, Declaration of Eileen R. Ridley, the Request for Judicial Notice filed concurrently with this Motion, Declaration of Brad Traweek, the pleadings and papers on file in this action, and such further argument and matters as may properly be presented to the Court. The Parties met and conferred regarding the Motion and Fender presented its intention of filing this Motion, but Plaintiffs' counsel indicated Plaintiffs' position that the Complaint would survive the Motion. (See Declaration of Eileen R. Ridley).

Dated: August 27, 2026

**FOLEY & LARDNER LLP**
EILEEN R. RIDLEY
PETER Z. STOCKBURGER
ANUM AMIN

By: */s/ Eileen R. Ridley*
EILEEN R. RIDLEY
Attorneys for Defendant FENDER MUSICAL INSTRUMENTS CORPORATION